IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WUBILL WUDNUER,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, and HAWSHANK, CO;<br><br>    Defendants. | 8:24CV269<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the Court on its own motion. On October 3, 2025, the Court entered a Memorandum and Order, Filing No. 24, and a Judgment, Filing No. 25, dismissing this matter without prejudice. However, the Judgment dismissing this case mistakenly omitted the advisement applicable to prisoners, like Plaintiff, that the filing of a notice of appeal will make the prisoner liable for payment of the full appellate filing fee under the Prison Litigation Reform Act. Therefore, and pursuant to Fed. R. Civ. P. 60(a) (court may correct mistake in judgment on its own without notice), an Amended Judgment shall be entered, after which Plaintiff will have 30 days to file a notice of appeal. Accordingly,

  IT IS ORDERED that an Amended Judgment shall be entered, after which Plaintiff has 30 days to file a notice of appeal if he so chooses.

  Dated this 7th day of October, 2025.

                BY THE COURT:

                */s/ John M. Gerrard*
                John M. Gerrard
                Senior United States District Judge